UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
SILVIA DINA FERNANDEZ AND LUIS
ALBERTO PEREZ MOLET,
          Plaintiff(s),                        Index No. 07 CIV. 7351

   -against-                                     AFFIDAVIT OF SERVICE
REPUBLIC OF ARGENTINA,
          Defendant(s).
----------------------------------------------------X
STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 30th day of August 2007, at approximately 1:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Republic of Argentina, Banco De La Nacion Argentina at 225 Park Avenue, 3rd Floor, New York, NY 10169, by personally delivering and leaving the same with Roberto H. Barrientos, Vice President, who informed deponent that he is an officer authorized by law to receive service at that address.

      Roberto H. Barrientos is a Hispanic male, approximately 50 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 150 pounds with gray hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
5th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_