## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that on October 31, 2007, a copy of plaintiffs Silvia Dina Fernandez and Luis Alberto Perez Molet's Rule 26.1 Disclosure Statement was served upon the following person by the United States Postal Service, postage prepaid to:

> Cleary Gottlieb Steen & Hamilton, LLP
> One Liberty Plaza
> New York, New York 10006
> **Attorneys for defendant the Republic of Argentina**

Dated: October 31, 2007
      New York, New York

Gleason & Koatz, LLP

By: *[signature]*
John P. Gleason (JG2848)