UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SILVIA DINA FERNANDEZ and
LUIS ALBERTO PEREZ MOLET,

            Plaintiffs,            07 CV 7351 (TPG)

      - against –            RULE 26.1 DISCLOSURE
                                                     STATEMENT

REPUBLIC OF ARGENTINA,

            Defendant.
---------------------------------------------------------------X

        Pursuant to Rule 26.1 of the Local Civil Rules of the United States District Court for the Southern District of New York, the undersigned attorney for plaintiffs certifies that Silvia Dina Fernandez is an individual and that her post office address and residence is 274 Doblas Street, 7th floor, Buenos Aires, Republic of Argentina and that plaintiff Luis Alberto Perez Molet is an individual and that his post office address and residence is 274 Doblas Street, 7th floor, Buenos Aires, Republic of Argentina.

Dated: New York, New York
          October 31, 2007

                                                        GLEASON & KOATZ, LLP

                                                        By: *John P. Gleason*
                                                           John P. Gleason (JG 2848)

                                                        230 Park Avenue
                                                        New York, New York 10169
                                                        (212) 986-1544
                                                        *Attorneys for plaintiffs*